PAGE v. EWBANK.

*Appeal from Keokuk District Court — Monday, June 19, 1865.*

THE CASE OF *Hale* v. *Heaslip*, 16 Iowa, 451, FOLLOWED BY A MAJORITY OF THE COURT.

The opinion of the court was announced by —

WRIGHT, Ch. J. — Appellant's counsel discuss some other questions; but it is manifest from the record that the only one decided or pre-

sented to the court below was, whether the property claimed in plaintiff's bill to be exempt from the execution constituted his homestead at the time of contracting the debt upon which defendant (Ewbanks) recovered his judgment.

The case in its essential facts does not differ from *Hale* v. *Heaslip*, 16 Iowa, 451; and as a majority of the court still adhere to the ruling there made, the judgment below is                    Affirmed.

COLE, J., dissenting.

*Seevers & Williams* for the appellant — *G. D. Woodin* for the appellee.